OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs. We agree with the Appellate Division majority that the contract’s warranty clause clearly requires that each escort contain a minimum of two guards. Plaintiffs proof was insufficient to raise a triable issue of fact as to whether it fulfilled that requirement
 
 (see
 
 CPLR 3212 [b];
 
 Zuckerman v City of New York,
 
 49 NY2d 557, 562-563 [1980]). Defendant, on the other hand, offered sufficient proof establishing plaintiffs material breach of the warranty clause as a matter of law. Accordingly, defendant’s motion for summary judgment was properly granted.
 

 Chief Judge Kaye and Judges G.B. Smith, Ciparick, Rosenblatt, Graefeo, Read and R.S. Smith concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.